E-FILED
Monday, 04 April, 2005  02:50:19 PM
Clerk, U.S. District Court, ILCD

**FILED**

APR 0 4 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

B. Newman pro se        ,  )
    Plaintiff,           )
                         )
vs.                      )  No. 05-3077
                         )
_____,   )
    Defendant(s)         )

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Beverly J. Newman pro se, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

Spoke with Lincoln Land Legal Services, was notified by staff that office only deals with Landlord/Tenant, Family Law, or Criminal Law not civil. Was referred to other attorney's; was notified that they do not work on contingency regarding civil cases. Plaintiff is homeless and cannot afford lawyers' fees at this time.

3. In further support of my motion, I declare that (check appropriate answer):

   __X__   I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

   _____   I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

4. In further support of my motion, I declare that (check appropriate answer):

___✓___   I have attached an original application to proceed in forma pauperis detailing my financial status.

_____   I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____   I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_Beverly J. Newman_
Movant's Signature

_200 South 11th Street_
Street Address

_Springfield, Illinois   62703_
City/State/Zip Code

Date: _3/29/05_

10/94