E-FILED
Tuesday, 05 April, 2005 05:23:27 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
APR 0 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

B. Newman )
**Plaintiff** )
)
vs. )   Case No. 05-3077
)
U.S. Attorney's Office )
U.S. Secret Service )
Federal Bureau of Investigation )
State Attorney General's Office (Illinois) )
**Defendant(s)** )

## COMPLAINT

☐   42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐   28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☒   Other 18 U.S.C. Chapter 13 (suits against state/federal officials for civil rights violations)

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Beverly J. Newman, and states as follows:

My current address is: 200 South 11th Street, Springfield, Illinois 62703

The defendant F.B.I., is employed as _____
at 400 West Monroe, Springfield, Il. 62704

The defendant U.S. Secret Service, is employed as _____
at 3161 White Oaks Drive, Springfield, Il. 62704

The defendant U.S. Attorney's Office, is employed as _____
at 316 South 6th Street, Springfield, Il. 62701

The defendant State (IL) Atty General's Office, is employed as _____
at 500 South 2nd Street, Springfield, Il. 62701

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?        Yes ☒        No ☐

If yes, please describe  Federal court; release of information regarding federal violations evidence of Identity theft Identity fraud, Class action lawsuit against Shoney's Inc

B. Have you brought any other lawsuits in state or federal court while incarcerated?
                                         Yes ☐                                   No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

  1. Parties to previous lawsuit:

     Plaintiff(s)  B. Nawsman

     Defendant(s)  NBC / Universal Television

  2. Court (if federal court, give name of district; if state court, give name of county)

     Northern District of Illinois, Eastern Division

  3. Docket Number/Judge  01: 04: CV: 2117, Judge Joan B. Gottschall and Magistrate Judge Damon

2

4. Basic claim made _Evidence of federal offense that occurred on talk show._

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _case was dismissed w/o prejudice (no initial appearance made before ruling)_

6. Approximate date of filing of lawsuit _3/22/04 (motion to reconsider 4/05/2004)_

7. Approximate date of disposition _3/29/04 (motion to reconsider 4/12/2004)_

For additional cases, provide the above information in the same format on a separate page.


## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☐   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☐   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☐   No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

# STATEMENT OF CLAIM

Place of the occurrence <u>Over phone with Secret Serv. Agents; Offices of FBI, U.S. Atty's Ofc., Atty Gen's Ofc.</u>

Date of the occurrence <u>Between May "04" and March "05"</u>

Witnesses to the occurrence <u>Other agents and staff of offices listed above.</u>

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*
      THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

1) The plaintiff requests due to nature of case, and of mala fides conduct shown by defendants; that they (the defendant's listed) be treated as hostile.

2) The plaintiff pleads motion to produce of the defendant's listed above all log books, sign in sheets, and tapes of phone conversations between plaintiff and staff of defendants between May "04" and March "05".

3) Due to the unprofessional, unethical, hostile conduct of the defendants, the plaintiff can show a preponderance of evidence of misprison of felony civil rights violations; due process, right to privacy, right to equal protection, racial discrimination, reverse discrimination, homeless discrimination, freedom of information and right to know.

4) The plaintiff requests that the entire IFCC file no# 10504072322571 be found in it's entirety for the court's inspection.

4

5) Plaintiff alleges sexual harrassment by third party persons who may or may not be connected to defendants. Third party persons (The plaintiff alleges) may either be absconded or recalcitrant witnesses connected to other cases.

6) In response to allegations made by third party persons (rape, prostitution alcoholism, drug abuse, sexual misconduct) plaintiff pleads permission to subpoena Channel 20 News (an NBC affiliate) the 6:00 AM segments featuring Jessica English. Plaintiff would like Ms. English to explain to court the sources and nature of comments made during segments.

7) The plaintiff gives the courts' permission to pull plaintiff's Medical Records from both Memorial Medical Center and St. John's Hospital for court's inspection and evidence of emotional, psychological distress caused by defendant's mistreatment of case.

8) The plaintiff will show evidence of misconduct shown by agency (ARDC) affiliated with State Attorney General's office.

9) The plaintiff has given permission to be fingerprinted for identification verification on several occasions but was told they did not need.

10) Due to homelessness the plaintiff was unable to obtain fingerprints on own. Plaintiff's birth certificate and social security card were recently stolen while in emergency shelter. Theft was reported to police and should have been added to theft report 504-119198. on file at Springfield Police Department.

11) The plaintiff has reason to believe there has been a breach of confidentiality and records and reports may have been tampered with. The plaintiff's mail has also been tampered with. Plaintiff has not seen forwarded mail since she has moved to Springfield, IL. (May '04) Dispite the fact the plaintiff has turned in two change of address forms. Postal inspectors, FTC, SEC, have been notified of situation.

12) The plaintiff would appreciate an investigation of this complaint to eliminate unprofessional, unethical, inappropriate conduct for myself and others that may have suffered similar abuse.

13) Plaintiff reported to ARDC (5) attorneys (3 on staff) for misconduct.

# RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

The plaintiff would like defendants and parties connected to relinquish information pertinent to SEC and FTC cases on file listed in petition (complaint). The plaintiff requests punitive damages in the amount of fifty million dollars. ($50,000,000.00)

The plaintiff requests that defendants cease and desist harrassment of plaintiff. The plaintiff pleads the courts indulgance, the plaintiff has been publicly embarrassed for past 5 years.

**JURY DEMAND**           Yes  [X]                    No  [ ]

Signed this  4th  day of  April , ~~19~~ 2005 .

Beverly J. Newman
( Signature of Plaintiff )

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Address: | Telephone Number: |

7