AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

B. Newman

V.

U.S. Attorney's Office

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-3077

TO: (Name and address of Defendant)

U.S. Attorney's Office
316 South 6th Street
Springfield, Illinois
62701

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Beverly J. Newman, Pro Se
200 South 11th Street
Springfield, Illinois 62703

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                        April 6, 2005
CLERK                                     DATE

s/ C. Cathcart
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

B. Newman
V.

U.S. Secret Service

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-3077

TO: (Name and address of Defendant)

U.S. Secret Service
3161 White Oaks Drive
Springfield, Illinois
62704

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Beverly J. Newman, Pro Se
200 South 11th Street
Springfield, Illinois 62703

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                             April 6, 2005
CLERK                                          DATE

s/ C. Cathcart
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

B. Newman
v.

Federal Bureau
of Investigation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-3077

TO: (Name and address of Defendant)

Federal Bureau of Investigation
400 West Monroe
Springfield, Illinois
62704

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Beverly S. Newman, Pro Se
200 South 11th Street
Springfield, Illinois 62703

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters April 6, 2005
CLERK                                    DATE

s/ C. Cathcart
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____ District of _____ Illinois

B. Newman

V.

Illinois State Attorney
General's Office

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-3077

TO: (Name and address of Defendant)

Illinois State Attorney's General's Office
500 South 2nd Street
Springfield, Illinois
62701

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Beverly S. Newman, Pro Se
200 South 11th Street
Springfield, Illinois 62703

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters _____    April 6, 2005
CLERK                                         DATE

s/ C. Cathcart
(By) DEPUTY CLERK