**E-FILED**
Friday, 22 April, 2005  10:50:37 AM
Clerk, U.S. District Court, ILCD

United States District Court
Central District of Illinois

B. Newman, Pro Se
Plaintiff

Case: 3:05 cv 3077

vs.

U.S. Attorney's Office
U.S. Secret Service
Federal Bureau of Investigation
Illinois State Attorney General's Office

**FILED**

APR 2 2 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion for Consideration

The plaintiff requests the following documentation be
admitted to the court along with complaint. Documentation
shows competence, credibility of plaintiff and relavance of
complaint.

Sincerely,   4·23·05
Beverly J. Newman, Pro Se
200 South 11th Street
Springfield, Il 62703

MEMORIAL MEDICAL CENTER OUTPATIENT REPORT  1417 02/18/05

```
NAME:NEWMAN,BEVERLY J                       DOB: 04/28/1965  SEX: F
FIN: 156010894                              NS:        RM: EW    01
MR: (00000)0938892                          DR: EMERGENCY MD
PT. PHONE #:(217 )391 -0421                 COPY TO: EMERGENCY MD
ALT ID#
```

CANCELLED ORDERS APPEAR AT THE END OF THE CHART

------------------------------------TOXICOGY---------------------------------------
              **NOTE:  f = FOOTNOTE;  NDL = NO DETECTABLE LEVEL**

```
    DATE:              01/31/05
    TIME:                1957
    TEST:                            REF RANGE:   UNITS:
    BLOOD ETHANOL        NDL                       %
    ACETAMINOPHEN        NDL f                      ug/ML
    SALICYLATE           NDL f                      MG/DL
    TCA                  NDL f                      NG/ML
    AMPHETAMINE          NDL                        NG/ML
    UR BARBITURATE       NDL                        NG/ML
    UR BENZO             NDL                        NG/ML
    CANNABINOIDS         NDL                        NG/ML
    COCAINE              NDL                        NG/ML
    DARVON URINE         NDL                        NG/ML
    UR METHAQ            NDL                        MCG/ML
    OPIATES              NDL                        NG/ML
```

```
f=FOOTNOTE
ACETAMINOPHEN (08/26/94 -- Current)
*****THERAPEUTIC RANGE FOR ACETAMINOPHEN*****
10-20 MCG/ML
*****TOXIC RANGE FOR ACETAMINOPHEN*****
>200 MCG/ML 4 HOURS POST INGESTION
SALICYLATE (08/26/94 -- Current)
*****THERAPEUTIC RANGE FOR SALICYLATE*****
2.0 - 29.0 MG/DL
TCA (08/26/94 -- Current)
IF TCAS RESULT IS POSITIVE THE FOLLOWING WILL APPLY:
*****THERAPEUTIC RANGES FOR TRICYCLIC ANTIDEPRESSANTS*****
AMITRIPTYLINE: 150 -250 NG/ML
NORTRIPTYLINE: 50 - 170 NG/ML
IMIPRAMINE: GREATER THAN 200 NG/ML
DESIPRAMINE: 40 -160 NG/ML
****TOXIC LEVEL****
GREATER THAN 1000 NG/ML
```
=====================================================================================
                   JOAN BARENFANGER,M.D. MEDICAL DIRECTOR
   MEMORIAL MEDICAL CENTER  701 NORTH FIRST STREET SPRINGFIELD IL 62781    PAGE:  1
                                                       ALT ID#

MEMORIAL MEDICAL CENTER OUTPATIENT REPORT  1417 02/18/05

```
NAME:NEWMAN,BEVERLY J                          DOB: 04/28/1965  SEX: F
FIN: 156010894                                 NS:        RM: EW    01
MR: (00000)0938892                             DR: EMERGENCY MD
PT. PHONE #:(217 )391 -0421                    COPY TO: EMERGENCY MD
ALT ID#
```

              CANCELLED ORDERS APPEAR AT THE END OF THE CHART

-------------------------------------TOXICOGY-----------------------------------------
          **NOTE:  f = FOOTNOTE;  NDL = NO DETECTABLE LEVEL**

```
  DATE:                  01/31/05
  TIME:                    1957
  TEST:                                 REF RANGE:   UNITS:
  PHENCYCLIDINE            NDL f                      NG/ML
FINAL REPORT      01/31/05 1957
     NO DETECTABLE LEVEL OF DRUGS IDENTIFIED IN THE BLOOD AND URINE.
```

```
f=FOOTNOTE
PHENCYCLIDINE.. 01/31/05 1957
        THE FOLLOWING DETECTION LIMITS ARE CURRENTLY USED TO
        DETERMINE THE PRESENCE OR ABSENCE OF DRUGS IN URINE:

        AMPHETAMINES:       1000 NG/ML   METHAQUALONE:      300 NG/ML
        OPIATES:            2000 NG/ML   CANNABINOIDS:       50 NG/ML
        PHENCYCLIDINE:      25 NG/ML     COCAINE METABOLITE: 300 NG/ML
        PROPOXYPHENE:       300 NG/ML    BARBITURATES       200 NG/ML
        BENZODIAZEPINES     200 NG/ML
```

-----------------------------------------------------------------------------------
                   JOAN BARENFANGER,M.D. MEDICAL DIRECTOR
     MEMORIAL MEDICAL CENTER  701 NORTH FIRST STREET SPRINGFIELD IL 62781   PAGE:  2
                              END OF CHART

MEMORIAL MEDICAL CENTER OUTPATIENT REPORT  1416 02/18/05

NAME: NEWMAN, BEVERLY                          DOB: 04/28/1965  SEX: F
FIN: 155709066                                 NS:   BLAB  RM:
MR: (00000)0938892                             DR: TOWNLEY, KRISTEN
PT. PHONE #: (217 )391 -0421                   COPY TO: TOWNLEY, KRISTEN
ALT ID#

                 CANCELLED ORDERS APPEAR AT THE END OF THE CHART

-------------------------------------IMMUNOLOGY-------------------------------------

                    DATE:              01/03/05
                    TIME:               1626
    TEST:                                              REF RANGE:    UNITS:
    HIV SCREENING                       NON REAC f     NON REAC
HIV SCREENING (03/30/99 -- Current)
RECOMBINANT ANTIGEN FOR HIV-1/HIV-2 IS USED IN THIS EIA TESTING PROCEDURE.

f=FOOTNOTE

------------------------------------------------------------------------------------
                   JOAN BARENFANGER, M.D. MEDICAL DIRECTOR
    MEMORIAL MEDICAL CENTER  701 NORTH FIRST STREET SPRINGFIELD IL 62781   PAGE:  1
                                 END OF CHART



## ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
### of the
### SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Beverly Jean Newman
530 N. 6th Street
Springfield, IL 62702-5304

Springfield
February 7, 2005

Re:   J. W. Pierceall
      in relation to
      Beverly Jean Newman
      No. 05-SI-00622

Dear Ms. Newman:

We are in receipt of your correspondence concerning J.W. Pierceall. However, in view of the fact that your charge concerns the discretionary action of the State's Attorney's office, we will take no action on your charge. The State's Attorney's office has the discretion to determine when to file charges concerning conduct which occurs in Sangamon County. While we can not give you legal advice, we can suggest that you consult with an attorney of your choice regarding this matter.

Thank you for your cooperation.

Very truly yours,

Peter L. Rotskoff
Senior Counsel

plr:jlj
:::ODMA\PCDOCS\MAINLIB\164610\11

Received
2/8/05

Turned in Paper work
2/9/05

1/24/05



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza, 130 East Randolph Drive, Suite 1500, Chicago 60601-6219
Phone: 312/565-2600 or 800/826-8625    Fax: 312/565-2320

One North Old Capitol Plaza, Suite 333, Springfield, IL 62701
Phone: 217/522-6838 or 800/252-8048    Fax: 217/522-2417

## REQUEST FOR AN INVESTIGATION OF A LAWYER

*PLEASE PRINT OR TYPE:*

1. <u>Beverly  J. Newman</u>
   *Your name*

   <u>530  N.  6ᵗʰ  St.</u>
   *Street address*                                                                 Apt. #

   <u>Springfield</u>                          <u>Illinois</u>               <u>62702</u>
   *City*                                      *State*                 *Zip*

   <u>(217)  391 - 0421</u>                    <u>(217)  525 - 2196</u>
   *Home phone number*                          *Business phone number*

2. <u>Jerome  Larkin,  Deputy  Administrator</u>
   *Name of lawyer you are complaining about*

   <u>Attorney  Registration  and  Disiplinary  Commission</u>
   *Name of law firm*

   <u>130  East  Randolph  Drive,  Suite  1500</u>
   *Street address*                                                                 Suite number

   <u>Chicago</u>              ~~60601~~ <u>Il</u>      <u>60601 - 6219</u>  <u>(312)  565-2600</u>
   *City*                   *State*          *Zip*          *Phone number*

3. Did you employ the lawyer?

   ☐ Yes
       If yes, when was the lawyer hired? _____

       How much did you pay the lawyer? _____

   ☒ No
       If no, what is your connection to the lawyer? <u>Attorney  who  handled  request.  (dated 1/10/05</u>

4. If your complaint relates to a lawsuit, please give the following:

   ‣ Name of court (for example: Circuit Court of Cook County): <u>Northern  District  of  Illinois,  Eastern  Division</u>

   ‣ Name of case: <u>B. Newman  v.  NBC/Universal  Television</u>

   ‣ Case number: <u>04 - CV - 2117</u>

*- continued on reverse side -*



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Beverly J. Newman
530 N. 6th Street
Springfield, IL 62702-5304

Chicago
January 18, 2005

Re:     Unregistered
        in relation to
        Beverly J. Newman
        No. 04 CI 4911

Dear Ms. Newman:

The Administrator has forwarded to me your Request for an Investigation of Senior Counsel Althea K. Welsh. In your Request, you repeat your complaint about Ms. Emily Steele, who represented Universal television, whom you were suing. You noted that Ms. Welsh advised you that because Ms. Steele is not a lawyer licensed by the Supreme Court of Illinois, this office has no authority to investigate Ms. Steele's conduct. Ms. Welsh's determination is correct and, as a result, this office has no authority to investigate Ms. Steele's conduct. As your complaint against Ms. Welsh consists primarily of your disagreement with her decision not to initiate an investigation, we have determined to deny that request and to take no further action in this matter.

Very truly yours,

Jerome Larkin
Deputy Administrator

JL:tk
MAINLIB.#181229.v1



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**

One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Beverly Jean Newman
530 N. 6th Street
Springfield, IL 62702-5304

Chicago
October 25, 2004

Re:    Unregistered
in relation to
Beverly Jean Newman
No.    04 CI 4911

Dear Ms. Newman:

We have received your request for an investigation of Emily Steele.

The duties of this Commission relate solely to investigating and prosecuting allegations of professional misconduct against attorneys who are licensed to practice law by the Supreme Court of Illinois. According to our records. Emily Steele is not licensed to practice law by the Illinois Supreme Court. We note that lawyers may represent clients in federal court without being admitted to practice in the state in which the federal court happens to be located. Because Ms. Steele is not a licensed Illinois attorney, this agency is unable to take any action with respect to your complaint.

Furthermore, we note that the lawyer for the defendant in your case has no obligation to negotiate or mediate the dispute with you. If the defendant's counsel declines to negotiate or mediate, you may simply pursue your lawsuit. Additionally, any lack of courtesy that the lawyer may have displayed toward you, though regrettable, would not amount to professional misconduct.

Very truly yours,

*Althea K. Welsh*

Althea K. Welsh
Senior Counsel

AKW:ck
::ODMA\PCDOCS\MAINLIB\174689\1



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza, 130 East Randolph Drive, Suite 1500, Chicago 60601-6219
Phone: 312/565-2600 or 800/826-8625    Fax: 312/565-2320

One North Old Capitol Plaza, Suite 333, Springfield, IL 62701
Phone: 217/522-6838 or 800/252-8048    Fax: 217/522-2417

## REQUEST FOR AN INVESTIGATION OF A LAWYER

*PLEASE PRINT OR TYPE:*

1. <u>Beverly Jean Newman</u>
   *Your name*

   <u>530 North 6ª Street</u>
   *Street address*                                              *Apt. #*

   <u>Springfield</u>                 <u>Illinois</u>              <u>62702- 5304</u>
   *City*                            *State*                     *Zip*

   <u>(217) 391-0421</u>            <u>(217) 525-2196</u>
   *Home phone number*             *Business phone number*

2. <u>Emily Steele</u>
   *Name of lawyer you are complaining about*

   <u>C. T. Corporation System</u>
   *Name of law firm*

   <u>208 S. LaSalle</u>                                         <u>814</u>
   *Street address*                                              *Suite number*

   <u>Chicago</u>            <u>Illinois</u>    <u>60604 - 1101</u>   <u>(312) 373 - 7728</u>
   *City*                  *State*        *Zip*           *Phone number*

3. ~~Did you employ the lawyer?~~

   ☐ Yes
       If yes, when was the lawyer hired? _____

       How much did you pay the lawyer? _____

   ☒ No
       If no, what is your connection to the lawyer? _____

4. If your complaint relates to a lawsuit, please give the following:

   ▸ Name of court (for example: Circuit Court of Cook County): <u>U. S. District Court of Northern District of Illinois Central Dio.</u>

   ▸ Name of case: <u>Newman V. Universal Television</u>

   ▸ Case number: <u>CI: 04 cv 2117 (RACER)</u>

*- continued on reverse side -*

# msn ✶ Hotmail®

roguelayzr@hotmail.com                                    Printed: Thursday, October 28, 2004 12:23 PM

**From :**    rogue <layzr@ididitmyway.com>

**Sent :**    Wednesday, August 18, 2004 12:30 PM

**To :**    <enforcement@sec.gov>

**Subject :**    Re:SEC Division of Enforcement Confirmation Reply

------------------------------------------------

Original Message
From: "ENFORCEMENT"<enforcement@sec.gov>
Subject: SEC Division of Enforcement Confirmation Reply
Date: Wed, 18 Aug 2004 09:14:23 -0400

>Dear Sir or Madam:
>
>Thank you for your recent e-mail to the group electronic mailbox of the
>Division of Enforcement at the United States Securities and Exchange
>Commission in Washington, D.C.  We appreciate your taking the time to write
>to us.  This automated response confirms that the Division of Enforcement
>has received your e-mail.
>
>We are always interested in hearing from members of the public, and you may
>be assured that the matter you have raised is being given careful
>consideration in view of the Commission's overall enforcement
>responsibilities under the federal securities laws.  It is, however, the
>Commission's policy to conduct its inquiries on a confidential basis -- so
>this may be the only response that you receive. If your complaint is more
in
>the nature of a consumer complaint (such as a dispute with your broker or a
>problem with your brokerage or retirement account), you should contact our
>Office of Investor Education and Assistance -- they may be able to help
you.
>You may reach the Office of Investor Education and Assistance via telephone
>at 202-942-7040 or via email at help@sec.gov <mailto:help@sec.gov>.
>
>The Commission conducts its investigations on a confidential basis to
>preserve the integrity of its investigative process as well as to protect
>persons against whom unfounded charges may be made or against whom the
>Commission determines that enforcement action is not necessary or
>appropriate.  Subject to the provisions of the Freedom of Information Act,
>we cannot disclose to you any information which we may gather and we cannot
>confirm to you the existence or non-existence of an investigation, unless
>made a matter of public record in proceedings brought before the Commission
>or in the courts.
>
>If you are unsure where you should direct your inquiry or you want to learn
>more about how the SEC handles inquiries and complaints, please visit the
>SEC Complaint Center at www.sec.gov/complaint.shtml
><http://www.sec.gov/complaint.shtml>.
>
>Should you have any additional information or questions pertaining to this
>matter, please feel free to communicate directly with the undersigned at
450
>Fifth Street, N.W., Washington, D.C. 20549-0908 or via e-mail at
>enforcement@sec.gov <mailto:enforcement@sec.gov>.
>
>We appreciate your interest in the work of the Commission and its Division
>of Enforcement.
>
>Very truly yours,
>
>S/
>John Reed Stark
>Chief, Office of Internet Enforcement
>United States Securities & Exchange Commission
>
>
>

| SEARCH | LOGIN | SUGGESTIONS | USER PREF'S | COURTWATCH | HELP | HOME → |

**RACER U.S. District Court Case Search**

# Docket Sheet for 1:04-CV-2117 U.S. District Court for the Northern District of Illinois - Click here for Caption Page

## Proceedings include all events

| Date Filed | Doc. No. | Image | Description |
|---|---|---|---|
| 05/13/2004 | -- | No | INMATE installment payment in the amount of $2.00 paid on 05/13/04, receipt #1092644. [Date Entered: 05/17/04, By: air] |
| 04/12/2004 | 8 | Yes: 2 Page(s); 68 KB; PDF | MINUTE ORDER of 4/12/04 by Hon. Joan B. Gottschall: Plaintiff's motion to reconsider is denied [7-1]. Plaintiff has not provided the court with any new information establishing this court's jurisdiction or stating a claim for relief. First, plaintiff states that the court has diversity jurisdiction because defendant is an Illinois corporation and certain guests who appeared on defendant's TV show are citizens of Missouri. However, federal diversity jurisdiction requires that plaintiff herself be a citizen of a different state than defendant, and here plaintiff admits that she is a citizen of Illinois. Second, plaintiff states that she seeks to recover for identify theft and fraud based on the fact that defendant featured a female guest on its TV show who allegedly had the same name as plaintiff. The court finds this conclusory allegation of fraud insufficient to state a claim upon which relief can be granted, especially because Fed.R.Civ.P.9(b) requires claims of fraud or mistake to be pleaded with more factual particularity than other claims. Mailed notice [Date Entered: 04/16/04, By: rm] |
| 04/05/2004 | 7 | Yes: 3 Page(s); 97 KB; PDF | MOTION by plaintiff to reconsider (Attachment) [Date Entered: 04/06/04, By: ar] |
| 03/29/2004 | 6 | Yes: 2 Page(s); 77 KB; PDF | MINUTE ORDER of 3/29/04 by Hon. Joan B. Gottschall: Enter order. For the reasons given on the reverse side of this minute order, plaintiff's motions to proceed in forma pauperis [4-1] and for appointment of counsel [5-1] are denied without prejudice. Additionally, the court sua sponte dismisses plaintiff's case without prejudice for lack of jurisdiction and for failure to state a claim upon which relief may be granted. Terminating case. (See reverse of minute order.) Mailed notice [Date Entered: 03/31/04, By: rm] |
| 03/22/2004 | -- | No | FORWARDED complete case file to Judge Gottschall [Date Entered: 03/22/04, By: rm] |
| 03/22/2004 | 5 | Yes: 1 Page(s); 40 KB; PDF | MOTION by plaintiff B Newman for appointment of counsel [Date Entered: 03/22/04, By: rm] |
| 03/22/2004 | 4 | Yes: 3 Page(s); 83 KB; PDF | APPLICATION by plaintiff B Newman to proceed in forma pauperis and financial affidavit [Date Entered: 03/22/04, By: rm] |
| 03/22/2004 | 3 | Yes: 1 Page(s); 33 KB; PDF | ATTORNEY APPEARANCE for pro se plaintiff B Newman [Date Entered: 03/22/04, By: rm] |
| 03/22/2004 | 2 | Yes: 1 Page(s); 63 KB; PDF | CIVIL cover sheet. [Date Entered: 03/22/04, By: rm] |
| 03/22/2004 | 1 | Yes: 3 Page(s); 46 KB; PDF | RECEIVED COMPLAINT with 1 copy. [Date Entered: 03/22/04, By: rm] |

| PACER Service Center |
|---|
| Transaction Receipt |
| 10/18/2004 14:55:44 |

| PACER Login: | bn0332 | Client Code: | |

Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 2117 | **DATE** | 3/29/2004 |
| **CASE TITLE** | Newman vs. Universal Television | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## DOCKET ENTRY:

(1)  ☐  Filed motion of [ use listing in "Motion" box above.]

(2)  ☐  Brief in support of motion due _____.

(3)  ☐  Answer brief to motion due_____. Reply to answer brief due_____.

(4)  ☐  Ruling/Hearing on _____ set for _____ at _____.

(5)  ☐  Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6)  ☐  Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7)  ☐  Trial[set for/re-set for] on _____ at _____.

(8)  ☐  [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9)  ☐  This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
       ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10)  ■  [Other docket entry]   ENTER ORDER. For the reasons given on the reverse side of this minute order, plaintiff's motions to proceed *in forma pauperis* [4-1] and for appointment of counsel [5-1] are denied without prejudice. Additionally, the court *sua sponte* dismisses plaintiff's case without prejudice for lack of jurisdiction and for failure to state a claim upon which relief may be granted.

(11)  ■    [For further detail see order on the reverse side of the original minute order.]

| | | | | | Document Number |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | | |
| | No notices required. | | | number of notices | |
| | Notices mailed by judge's staff. | | | | |
| | Notified counsel by telephone. | | | date docketed | |
| X | Docketing to mail notices. | | | | |
| | Mail AO 450 form. | | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | | |
| | RJ/KB | courtroom deputy's initials | | date mailed notice | |
| | | | Date/time received in central Clerk's Office | mailing deputy initials | |

04C 2117

B. Newman,
Plaintiff,

United States District Court
Northern District of Illinois

V.

JUDGE GOTTSCHALL

Universal Television
or Registered Agent,
Defendant

MAGISTRATE JUDGE DENLOW

## Complaint

Plaintiff, Beverly J. Newman, for her cause of action against
defendant, Universal Television states the following:

## I.

Plaintiff is a resident of Chicago, Cook County, Illinois. Defendant's
place of business is in Chicago, Cook County, Illinois. The incident took
place at 454 North Columbus Drive in Chicago, Cook County, Illinois,
in the year 2000, on the "Jerry Springer Show"

# II.

The plaintiff has filed a motion to produce tape of previous show. The segment featuring guests, Rubbie (or Ruby) Newman, Denise Newman, Arnold "Big Was" Weston Jr. and a female claiming to be either Beverly Weston or Beverly Newman. The approximate month would be August 2000. Plaintiff was in New Orleans, La. at the time show aired.

# III.

The request made will prove that state, local and federal statutes have been violated. The tape of previous show will also prove fraudulent as well as malicious intent. Evidence will also validate Identity Theft, Identity Fraud allegations.

# IV.

The plaintiff has filed reports with Secret Service, FBI, File Number *103040723222571; since filing of complaint documentation has been tampered with. The Justice Department and the Inspector General have been made aware of situation, Law enforcement agencies were also Notified in San Diego, CA., Los Angeles, CA, El paso, Tx., Additional reports on file in Denver, Co., Boulder, Co., and St. Joesph, Mo. Kansas City, Mo. police dept and Chicago, Il. police department have also been notified.

V

As a result of the segment, the plaintiff has been the object of harassment. The plaintiff has also suffered financial, physical emotional loss. The plaintiff has also been the victim of acts of malicious mischief, slander, libel, character assassination The plaintiff requests 5,000,000,000 in punitive damages be awarded.

2004

CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Plaintiff(s)**
B. Newman

**Case No.** 04 - 2117

APR X 5 2004

**Defendant(s)**
Universal Television

CLERK U.S. DISTRICT COURT

## Motion to Reconsider

Plaintiff asks the court to reconsider case on the following grounds:

In response to claim of frivolity, plaintiff attaches letter of homelessness from staff of "Sarah's Circle". Also page 3 of petition is missing.

Federal question jurisdiction, entails the construction, application, or enforcement of Federal law, including Federal Common Law.

Federal statutes and Federal Rules of Criminal Procedure define a Federal felony as any Federal offence punishable by imprisonment for a term exceeding one year.

The plaintiff did not state in petition that defendant committed criminal offense. The plaintiff alleges criminal offense was committed on show by guests that came to show from another state. (Missouri)

As for diversity jurisdiction, a Corporation is a citizen of both the state of it's incorporation and of the state where it's principle place of business is located. Universal Television Enterprises Inc. (Universal Television) has been on file with the State of Illinois since 1974. The guests that appeared on the "Jerry Springer Show" reside in the state of Missouri.

As stated in petition the tape of previous show is proof beyond reasonable doubt of Identity theft, fraud, and is requested as evidence.

Humbly submitted, 4/5/04
Beverly J. Newman Pro Se
P.O. Box 408061
Chicago, Il 60640



# msn Hotmail®

**From :**  Complaint Information <complaints@ifccfbi.gov>

**Sent :**  Wednesday, April 9, 2003 11:24 AM

**To :**  "'roguelayzr@hotmail.com'" <roguelayzr@hotmail.com>

**Subject :**  I03040723222571

@ Attachment : IFCC-I03040723222571.pdf (< 0.01 MB)

(This is an automated response.  Please do not respond to this message.)

Thank you for filing a complaint with IFCC.

If you have comments or problems related to this Web site, please send us an
e-mail via http://www.ifccfbi.gov/contactus.asp
   *** Please do not contact the IFCC to ascertain the status of your
complaint.  We cannot respond to these inquires. ***
The IFCC receives thousands of complaints monthly and does not have the
resources to respond to these inquiries.  It is the IFCC's intention to
review all complaints and refer them to law enforcement and regulatory
agencies having jurisdiction.  Investigation and prosecution are at the
discretion of the receiving agencies.

Additional information related to your complaint.
If at any time you wish to report additional information related to your
complaint, please go to https://www.ifccfbi.gov/update

Evidence related to your complaint.
It is important that you keep any evidence you may have related to your
complaint. Evidence may include canceled checks; credit card receipts; phone
bills; faxes; pamphlets or brochures; mailing envelopes; certified or other
mail receipts; a printed copy of a Web site, chat room, or newsgroup text;
or similar items. Keep items in a safe location until you are requested to
provide them for investigative or prosecutive evidence. If requested to
provide evidence, send copies only, not originals.

Viewing and printing a copy of your complaint.
The file attached to this e-mail is the complaint you reported to IFCC. It
is formatted as a Adobe Acrobat portable document format (PDF) file. To view
and print a PDF file, you must have the FREE Adobe Acrobat Reader loaded on
your computer.

If you do not have Adobe Acrobat Reader installed on your computer, click on
the link below to connect to Adobe's Web site and download a FREE copy.

Download Adobe Acrobat Reader.
http://www.adobe.com/prodindex/acrobat/readstep.html

In The United States District Court
Foe The Central District of Illinois
Springfield Division

B. Newman, Peo Se
Plaintiff

Case No. 3:05cv 3077

V. S.

U.S. Attorney's Office

Proof of Service

To: United States Attorney
318 South 6th Street
Springfield, Il. 62701

I, Beverly J. Newman (plaintiff) certify that on the 22nd day
of April 2005. I served a copy of this Motion to Consider to.
Jim Lewis, Atty by hand delivery

Beverly J. Newman
200 South 11th St,
Springfield, Illinois
62703
(217) 522-0048