E-FILED
Tuesday, 26 April, 2005  02:45:43 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| BEVERLY J. NEWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-3077 |
| | ) | |
| UNITED STATES ATTORNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' MOTION TO DISMISS COMPLAINT,
ON BEHALF OF DEFENDANTS UNITED STATES ATTORNEY'S OFFICE,
<u>UNITED STATES SECRET SERVICE AND FEDERAL BUREAU OF INVESTIGATION</u>**

The United States, on behalf of defendants United States Attorney's Office, United States Secret Service and Federal Bureau of Investigation, moves to dismiss the Complaint, for the reasons stated in the accompanying Memorandum of Law.  Fed.R.Civ.P. 12(b)(1 and 6).

        Respectfully submitted,
        JAN PAUL MILLER
        United States Attorney


        s/ James A. Lewis
By:  _____
        James A. Lewis, NC Bar No. 5470
        Attorney for Defendant
        United States Attorney's Office
        318 South Sixth Street
        Springfield, IL  62701
        Telephone:  217/492-4450
        Fax:  217/492-4888
        email:  jim.lewis2@usdoj.gov

## **CERTIFICATE OF SERVICE**

  The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

           Beverly J. Newman
           200 South 11th Street
           Springfield, IL  62703

   April 26, 2005            s/ James A. Lewis
Date:_____  _____