# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| B. Newman | 05-3077 |
| DEFENDANT | TYPE OF PROCESS |
| U.S. Attorney's Office | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

U.S. Attorney's Office

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 316 South 6th Street, Springfield, Illinois 62701

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Beverly J. Newman
200 South 11th Street
Springfield, Illinois 62703

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED 2005 APR -6 P — U.S. MARSHALS SERVICE CENTRAL ILLINOIS

RECEIVED 2005 APR 13 A 10: — MARSHALS SERVICE CENTRAL ILLINOIS

Signature of Attorney or other Originator requesting service on behalf of:
Beverly J. Newman pro se
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 217-522-0048
DATE:

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 5 | Signature of Authorized USMS Deputy or Clerk | Date 4/6/5 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Emery Wilson Clerk

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 04/14/05  Time: 2:00 pm

Signature of U.S. Marshal or Deputy: Larry Heller

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | -0- | | $45.00 | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central **District of** Illinois

B. Newman

V.

U.S. Attorney's Office

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-3077

TO: (Name and address of Defendant)

U.S. Attorney's Office
316 South 6th Street
Springfield, Illinois
62701

RECEIVED 2005 APR -6 P 1:11 US MARSHALS SERVICE CENTRAL ILLINOIS

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Beverly J. Newman, Pro Se
200 South 11th Street
Springfield, Illinois 62703

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters

DATE 4/6/05

CLER

s/ C. Cathcart

(By) DEPUTY CLERK