**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| B. Newman | 05-3077 |
| DEFENDANT | TYPE OF PROCESS |
| U.S. Secret Service | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

U.S. Secret Service

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

3161 White Oaks Drive, Springfield, Illinois 62704

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Beverly J. Newman
200 South 11th Street
Springfield, Illinois 62703

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold

RECEIVED APR -6 P 1:12 MARSHALS SERVICE CENTRAL ILLINOIS

RECEIVED 2005 APR 13 A 10:05 U.S. MARSHALS SERVICE CENTRAL ILLINOIS

Signature of Attorney or other Originator requesting service on behalf of:    ☒ PLAINTIFF   ☐ DEFENDANT
Beverly J. Newman, Pro Se
TELEPHONE NUMBER: 217-522-0048
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 5 | Signature of Authorized USMS Deputy or Clerk | Date 4/6/5 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Eric A. Pingolt, Resident Agent in Charge

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 04/15/05   Time: 2:35 pm
Signature of U.S. Marshal or Deputy: Larry Haller

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $4.05 | | $49.05 | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

B. Newman
v.

U.S. Secret Service

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-3077

TO: (Name and address of Defendant)

U.S. Secret Service
3161 White Oaks Drive
Springfield, Illinois
62704

RECEIVED 2005 APR -6 P 1:12 US MARSHALS SERVICE CENTRAL ILLINOIS

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Beverly J. Newman, Pro Se
200 South 11th Street
Springfield, Illinois 62703

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                4/6/05
_____        _____
CLERK                                            DATE
    s/ C. Cathcart
_____
(By) DEPUTY CLERK