United States District Court
Central District of Illinois

FILED
APR 28 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

B. Newman, Pro Se
Plaintiff

vs

Case no: 3:05 cv 3077

U.S. Attorney's Office
U.S. Secret Service
Federal Bureau of Investigation
Illinois State Attorney General's Office

Motion to Dismiss

The Plaintiff moves the court as follows:

1) To dismiss defendant's response to petition due to improper docketing. There is motion for extension of time to respond entered on docket sheet.
2) Attorney Miller is not registered as representation for the defendants.
3) The Plaintiff moves that defendant's be placed in contempt of court in violation of U.S.C. Title 18, chapter 21, section 401, paragraphs (1)(2) and (3).

Respectfully,
Beverly J. Newman, Pro Se
200 S. 11th St.
Springfield, Il. 62703