E-FILED
Thursday, 28 April, 2005 03:27:10 PM
Clerk, U.S. District Court, ILCD

United States District Court
Central District of Illinois

**FILED**
APR 28 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

B. Newman, Pro Se
Plaintiff

Case no: 3:05 cv 3077

vs.

U.S. Attorney's Office
U.S. Secret Service
Federal Bureau of Investigation
Illinois State Attorney General's Office

Proof of Service

To: U.S. Attorney's Office
318 South 6th Street
Springfield, Il 62701

I, Beverly J. Newman (plaintiff) certify that on the 28th day of April, 2005, I served a copy of this Motion to Dismiss to each person whom it is directed by way of Hand Delivery.

Beverly J. Newman, Pro Se
200 S. 11th St.
Springfield, Il. 62703
(217) 522-0048