**E-FILED**
Thursday, 28 April, 2005 05:22:24 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

April 28, 2005

Beverly J. Newman
200 South 11th Street
Springfield, Illinois  62703

RE:  Newman v. United States Attorney, et al.
CASE NO.  05-3077

Dear Ms. Newman:

　　　NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).

　　　　　　　　　　　　　　　　　　　　　　　JOHN M. WATERS, CLERK
　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT

cc:  all counsel
notice revised 1/01
mhs