E-FILED
Wednesday, 11 May, 2005  03:13:14 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| BEVERLY J. NEWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-3077 |
| | ) | |
| UNITED STATES ATTORNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' RENEWED MOTION TO DISMISS COMPLAINT, AS AMENDED**

      The United States, on behalf of defendants United States Attorney's Office, United States Secret Service and Federal Bureau of Investigation, moves to dismiss the Complaint, as amended by plaintiff's Motion for Consideration (Doc.5), for the reasons already stated in the Memorandum of Law in Support of Motion to Dismiss Complaint, on Behalf of United States Attorney's Office, United States Secret Service and Federal Bureau of Investigation (Doc.6).  The United States adopts that pleading (Doc.6) by reference.  Fed.R.Civ.P. 10(c).

                                                        Respectfully submitted,
                                                        JAN PAUL MILLER
                                                        United States Attorney

                                                        s/ James A. Lewis
      By:   _____
                                                        James A. Lewis, NC Bar No. 5470
                                                        Attorney for Defendant
                                                         United States Attorney's Office
                                                         318 South Sixth Street
                                                         Springfield, IL  62701
                                                         Telephone:  217/492-4450
                                                         Fax:  217/492-4888
                                                         email:  jim.lewis2@usdoj.gov

## **CERTIFICATE OF SERVICE**

      The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

                        Beverly J. Newman  
                        200 South 11th Street  
                        Springfield, IL  62703

      May 11, 2005                                             s/ James A. Lewis  
Date:_____        _____

3:05-cv-03077-JES-BGC    # 16    Page 2 of 2