UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BEVERLY NEWMAN, | ) |
| Plaintiff, | ) |
| vs. | ) No. 05-3077 |
| U.S. Attorney's Office, et al., | ) |
| Defendants. | ) |

## MOTION TO DISMISS

NOW COMES the defendant, the Office of the Illinois Attorney General, by and through its attorney, LISA MADIGAN, Attorney General of the State of Illinois, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss the complaint of the plaintiff. In support thereof, the following statements are made.

1. Plaintiff has filed the instant suit against the Office of the Illinois Attorney General alleging a violation of her civil rights.

2. On May 10, 2005, plaintiff was allowed to supplement or amend her complaint.

3. The claim against the State of Illinois is barred by the eleventh amendment.

4. Further, the facts pleaded by the plaintiff indicate that her complaint is against other governmental officers and agencies and private persons and entities, rather than the Office of the Illinois Attorney General.

5. A memorandum of law in support of the instant motion is attached hereto and incorporated by reference herein.

WHEREFORE for the above and foregoing reasons, defendant, Office of the Illinois Attorney General, respectfully requests this honorable Court to dismiss the claims of the

plaintiff, Beverly J. Newman, and enter judgment in favor of the defendant, the Office of the Illinois Attorney General.

                                                Respectfully submitted,

                                                OFFICE OF THE ILLINOIS ATTORNEY GENERAL,

                                                  Defendant,

                                              LISA MADIGAN, Attorney General,
                                              State of Illinois,

                                              s/Karen L. McNaught
                                              Karen L. McNaught
                                              Assistant Attorney General
                                              Attorney for Defendant
                                              Office of the Attorney General
                                              500 South Second Street
                                              Springfield, IL  62706
                                              Telephone:  (217) 782-1841
                                              Facsimile:  (217) 524-5091
                                              kmcnaught@atg.state.il.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BEVERLY NEWMAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No.  05-3077 |
| U.S. Attorney's Office, et al., | ) ) ) |
| Defendants. | ) ) |

### CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2005, I electronically filed Defendant's Motion to Dismiss with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>James A. Lewis
>jim.lewis2@usdoj.gov

and I hereby certify that on June 9, 2005, I mailed by United States Postal Service, the document to the following nonregistered participant:

>Beverly J. Newman
>200 S. Eleventh Street
>Springfield, IL 62703

>Respectfully submitted,
>s/Karen L. McNaught
>Assistant Attorney General
>500 South Second Street
>Springfield, IL  62706
>(217)782-1841
>(217) 524-5091 (facsimile)
>kcnaught@atg.state.il.us
>#6200462